FILED
ENTERED                          RECEIVED
                                SERVED ON
                    COUNSEL/PARTIES OF RECORD

            MAY 22 2025

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
                                    DEPUTY

Good afternoon, Your Honor. My name is Malak Qibaa, and I'm Idriss's little sister. I appreciate you allowing me a moment to speak today.

I wanted to be here because I know my brother as a person, not just as a defendant in this case. Growing up, Idriss took on a lot of responsibility in our family. Our dad was physically present at home but not really there for us in the way a father should be. When he did try to parent, it wasn't in a healthy way. So Idriss became that person for me and for our family... someone we leaned on, someone who made sure we were okay when nobody else did.

He's always been a protective big brother, and the kind of person people came to for help whether it was helping them find a job, a place to stay, or just being there when no one else was. That's the person he truly is.

But after he moved to Las Vegas, I watched him lose pieces of himself. He became distant, stressed, and wasn't acting like the brother I knew. Even his appearance changed .. in short ... he left Washington without a single tattoo, and by the time everything happened, I didn't recognize him anymore, and I was scared for him.

**After he was taken into custody, it was about a month in when it finally felt like I was talking to my brother again for the first time in almost a year. The regret in his voice was real. And since then, over these last 10 months, I've seen him change in ways that no one else could have made happen except this experience. He's been reflecting, owning up to his mistakes, and making it clear to me and my family that when he gets another chance, he wants to live differently.**

**I'm not here to make excuses for what he did. He made terrible decisions, and he knows that. But I do believe in rehabilitation because I've already seen it happening. Idriss has always been someone who could be productive, who believed in taking care of people. And I know if he's given that second chance, he'll use it to rebuild the right way. And if he's given a second chance, I want you to know he has a whole family ready to help him reintegrate to support him emotionally, to make sure he has a stable place to land, to keep him grounded, and to hold him accountable. We're ready to surround him with the structure and love he'll need to move forward in a positive direction.**

Even while going through this, my brother has still shown up for me in ways that matter. Over the past year, I've been dealing with some serious medical challenges.. thyroid cancer, Crohn's disease, and recent ENT surgery. But through it all, even with everything going on in his own life, Idriss never fails to check on me after every appointment, every test result, every flare-up. He makes sure I'm okay before he even talks about himself. That's who he really is at his core.

Your Honor, our family loves him and believes in him. And I just wanted to be here to tell you that, person to person.

Thank you for your time

Your Honor,

My name is Malak Qibaa, and I'm Idriss's little sister. I had planned to be there in person today to speak on my brother's behalf, but I'm heartbroken to say that I wasn't able to make it.

My family has been going through an incredibly difficult time. My uncle was just diagnosed with stage 4 brain, lung, and liver cancer. At the same time, my mother, who owns a small family home daycare, had to travel to care for my grandmother, who is very ill and unable to manage on her own. I've been left responsible for the daycare and the children while she's away.

We had arranged for a substitute teacher so I could fly out and be there for this hearing, but late last night she contacted me to let me know she tested positive for Covid and could no longer work today. Unfortunately, in Washington state, getting a cleared substitute through the Imagine Institute's DCYF portal, even expedited would require contacting their office when it opens, and I would have missed our 6am flight to arrive in Las Vegas on time.

I want to express how deeply sorry I am for not being there. It's something I will carry with me for a long time because I know how important today is … not only for Idriss, but for this court, and for the opportunity to show how much he means to our family. I sincerely hope you'll have a moment to read the letter I sent on Idriss's behalf today. It comes from my heart, and I hope it offers a small glimpse into the person he is and the love and hope our family still has for him.

Thank you for your time and consideration, and for reading my words even though I could not be there in person.

Sincerely,

Malak R. Qibaa

05/22/2025

Malak Qibaa